# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. 2:16-cv-00926-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| PABLO ARAUJO-ROSAS, et al., | |
| Defendant(s). | |

To the extent any defendant wishes to do so, he may file a response to the orders to show cause at Docket Nos. 36 and 37 by May 11, 2017.

IT IS SO ORDERED

Dated: April 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge