UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. 2:16-cv-00926-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| QUINTON BRITTON, et al., | |
| Defendant(s). | |

In light of the voluntary dismissals of Defendants, Docket No. 40, the order to show cause at Docket No. 36 is **DISCHARGED** as moot.[1]

IT IS SO ORDERED.

Dated: June 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court herein expresses no opinion regarding the issues raised in the order to show cause.